### STATE OF CONNECTICUT *v.* CHRISTOPHER COLEMAN

The defendant's petition for certification for appeal from the Appellate Court, 83 Conn. App. 672 (AC 23424), is denied.

*Pamela S. Nagy,* special public defender, in support of the petition.

*Frederick W. Fawcett,* supervisory assistant state's attorney, in opposition.

Decided September 15, 2004